BOSLOW FAMILY LIMITED PARTNERSHIP, Appellant, v GLICKENHAUS & Co., Respondent.

Submitted January 9, 2006; decided March 28, 2006

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed the denial of appellant's motion to renew and reargue, dismissed upon the ground that such part of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise granted.

ANDRE GREENE, Appellant, v CITY OF NEW YORK, Respondent.

Submitted January 23, 2006; decided March 28, 2006

Motion for leave to appeal dismissed upon the ground that it does not lie (*see* CPLR 5602). Motion for poor person relief dismissed as academic.